IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | Civil Action No. 2:18-cv-03164-JHS |
| Plaintiff, | Judge Joel H. Slomsky |
| v. | |
| MEDICAL INFORMATICS ENGINEERING, INCORPORATED, | |
| Defendant. | |

## STIPULATION TO EXTEND THE TIME FOR DEFENDANT
## TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

Defendant Medical Informatics Engineering, Incorporated ("Defendant") and Plaintiff Lewis Brisbois Bisgaard & Smith LLP ("Plaintiff") hereby stipulate, subject to the approval of the Court, to a thirty (30) day extension of time within which Defendant must answer, move, or otherwise respond to Plaintiff's Complaint.

In support thereof, the parties state as follows:

1.    Plaintiff filed its Complaint in this action on July 25, 2018.  Defendant was served by certified mail on August 6, 2018;

2.    The parties have agreed, subject to the approval of this Court to an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint for thirty (30) days from August 27, 2018 to September 26, 2018;

3.    According, Defendant respectfully requests that this Court grant it an extension of time, through and including September 26, 2018, by which Defendant must answer, move, or otherwise respond to the Complaint.

Dated: August 16, 2018

Respectfully submitted,

*/s/ Nicole D. Galli*
Nicole D. Galli (PA Bar No. 78420)
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
1500 JFK Blvd.
Philadelphia, PA  19102
Office:  (215) 525-9580
Fax:  (215) 525-9585
ndgalli@ndgallilaw.com

Attorneys for Defendant Medical Informatics Engineering, Incorporated

Dated:  August 16, 2018

Respectfully submitted,

*/s/Lee J. Janiczek*
Lee J. Janiczek (PA Bar No.  68433)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4100
Lee.Janiczek@lewisbrisbois.com

Attorneys for Plaintiff Lewis Brisbois Bisgaard & Smith LLP

**SO ORDERED.**

Dated:  August 20, 2018

_____
Joel H. Slomsky, J.