IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | Civil Action No. 2:18-cv-03164-JHS |
| Plaintiff, | Judge Joel H. Slomsky |
| v. | |
| MEDICAL INFORMATICS ENGINEERING, INCORPORATED, | |
| Defendant. | |



FILED

SEP 2 6 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

## STIPULATION TO EXTEND THE TIME FOR DEFENDANT
## TO ANSWER THE COMPLAINT

Defendant Medical Informatics Engineering, Incorporated ("Defendant") and Plaintiff Lewis Brisbois Bisgaard & Smith LLP ("Plaintiff") hereby stipulate, subject to the approval of the Court, to an additional fifteen (15) day extension of time within which Defendant must answer Plaintiff's Complaint.

In support thereof, the parties state as follows:

1.    Plaintiff filed its Complaint in this action on July 25, 2018. Defendant was served by certified mail on August 6, 2018;

2.    The parties agreed and this Court approved an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint of thirty (30) days from August 27, 2018 to September 26, 2018;

3.    Defendant requires additional time to investigate the allegations in the Complaint. The parties have agreed to, subject to approval of this Court, an additional extension of time for Defendant to answer Plaintiff's Complaint of fifteen (15) days, from September 26, 2018 to and including October 11, 2018.

4.      According, Defendant respectfully requests that this Court grant it an extension of time, through and including October 11, 2018, by which Defendant must answer the Complaint.

Dated:  September 24, 2018

Respectfully submitted,

/s/  Nicole D. Galli
Nicole D. Galli (PA Bar No. 78420)
Law Offices of N.D. Galli LLC
2 Penn Center Plaza, Suite 910
1500 JFK Blvd.
Philadelphia, PA  19102
Office:  (215) 525-9580
Fax:  (215) 525-9585
ndgalli@ndgallilaw.com


Attorneys for Defendant Medical Informatics
Engineering, Incorporated


Dated:  September 24, 2018

Respectfully submitted,

/s/   Lee J. Janiczek
Lee J. Janiczek (PA Bar No.  68433)
LEWIS BRISBOIS BISGAARD & SMITH, LLP
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
(215) 977-4100
Lee.Janiczek@lewisbrisbois.com

Attorneys for Plaintiff Lewis Brisbois Bisgaard &
Smith LLP


**SO ORDERED.**

Dated:  September 25, 2018

_____
Joel H. Slomsky, J.

- 2 -